**Order entered December 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00402-CR

**GEORGIA LEE JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-71128-M**

## ORDER

Appellant's December 13, 2013 motion to supplement the reporter's record is **GRANTED**.

Volume 7 of the reporter's record, reporting the March 18, 2013 sentencing hearing, is incomplete as filed in that it omits witness testimony and does not contain the arguments of counsel and the pronouncement of sentence.

We **ORDER** Deputy Official Court Reporter Debi Harris to file, within **THIRTY** days of the date of this order, a supplemental reporter's record of the March 18, 2013 sentencing hearing.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Debi Harris.

/s/    LANA MYERS
          JUSTICE